**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| CHARLES R. THOMAS, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0196-RWS |
| WARDEN CEDRIC TAYLOR, | : |
| | : |
| Respondent. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Petition for Habeas Corpus [1] is hereby **DISMISSED**. Petitioner is **DENIED** a certificate of appealability.

**SO ORDERED**, this   22nd   day of December, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)