# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

CHARLES R. THOMAS, :
:
    Petitioner, :
:
v. : CIVIL ACTION NO.
: 2:11-CV-0196-RWS
WARDEN CEDRIC TAYLOR, :
:
    Respondent. :

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Petition for Habeas Corpus [1] is hereby **DISMISSED**. Petitioner is **DENIED** a certificate of appealability.

**SO ORDERED**, this __22nd__ day of December, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE